# Order

Michigan Supreme Court
Lansing, Michigan

January 30, 2008

Clifford W. Taylor,
Chief Justice

134712

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,

      Plaintiff-Appellee,

v

                                         SC: 134712
COA: 267624
Mecosta CC: 05-016750

KENNETH D. SCHUMACHER,

         Defendant-Appellant,

and

ALTERNATIVE FUELS, LC,

         Defendant.

_____/

     On order of the Court, the application for leave to appeal the June 28, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2008

_____
Clerk

l0123